United States District Court
Southern District of Texas
**ENTERED**
October 12, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JORGE L. AVILA-ISARRARAS | § | |
| | § | |
| VS. | § | CAUSE NO. 2:15-cv-443 |
| | § | |
| UV LOGISTICS, LLC and | § | |
| ERNEST BENJAMIN | § | JURY TRIAL DEMANDED |

## FINAL JUDGMENT

The Court, having considered the Joint Motion of the parties requesting that a Final Judgment be entered because all claims and causes of action which were or could have been asserted by and between the parties have been resolved and that judgment should be entered that Plaintiff take nothing against Defendants, UV LOGISTICS, LLC and ERNEST BENJAMIN, is of the opinion that said Motion is meritorious and should be granted; therefore, it is

ORDERED that Plaintiff, JORGE L. AVILA-ISARRARAS, take nothing from Defendants, UV LOGISTICS, LLC and ERNEST BENJAMIN; and it is further

ORDERED that costs of Court shall be paid by the party incurring same. All relief not expressly granted herein is denied. This is a Final Judgment.

SIGNED this _____ day of 10/12/16, 2016, in Corpus Christi, Texas.

UNITED STATES DISTRICT JUDGE

4